FILED
United States Court of Appeals
Tenth Circuit

April 24, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

In re: JARED TRENTON COWEN,

    Debtor.

------------------------------

JARED TRENTON COWEN,

    Plaintiff - Appellee,

v.

WD EQUIPMENT LLC, et al.,

    Defendants - Appellants,

and

THE ESTATE OF BERT DRING,

    Defendant.

No. 23-1386
(D.C. No. 1:21-CV-03133-GPG)
(D. Colo.)

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on:

    1.    The suggestion of death that counsel for appellants WD Equipment,

LLC and Aaron Williams filed to advise the court of Mr. Williams' death on

January 8, 2024;

2. Appellants' previous filing in which counsel advised the court that he believes Mr. Williams to be the sole owner of appellant WD Equipment, but that the telephone number for that entity "is disconnected and the website no longer exists" such that appellants' counsel has been unable to communicate with any representative of WD Equipment [*see* 3/18/24 Mtn. to Extend Deadline for Opening Brief]; and

3. Appellants' *Motion to Hold Case in Abeyance* in which appellants' counsel advises the court that: (a) the attorney for Betsy Williams (Mr. Williams' widow) told appellants' counsel that Mrs. Williams "does not wish to pursue the above-captioned appeal" and that "no probate case has been opened in association with [his] death"; and (b) appellants' counsel "does not know of any other individual or entity that claims standing to prosecute the pending appeal[] and has not been contacted by any other individual or entity regarding prosecuting the pending appeal."

In the motion to abate, Appellants' counsel requests that the court abate this appeal until January 8, 2025—one year after Mr. Williams died—"out of an abundance of caution" "so that any party claiming to have standing to prosecute the pending appeal will have ample opportunity to pursue whatever rights they may have."

Upon consideration, the court:

A. Denies the motion to abate; and

B. Directs appellants' counsel—on or before May 20, 2024—to file: (1) a motion pursuant to Fed. R. App. P. 43(a) to substitute Mr. Williams'

personal representative as the appellant, along with an opening brief and appendix on behalf of either or both appellants; or (2) a motion to voluntarily dismiss the appeal on behalf of either or both appellants. If appellants or either of them fail to timely file one of these documents, the court will dismiss the appeal without further notice for failure to prosecute. *See* 10th Cir. R. 42.1.

In lieu of filing one of these documents on appellants' behalf, appellants' counsel may file a motion to withdraw pursuant to Tenth Circuit Rule 46 on or before May 1, 2024.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
